
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.　　　　　　　　　　　　　　　Case Number:　18-cr-162-ABJ

SHAWN LEE WADE

Defendant.

Date 8/8/2023　　Time 2:35 - 2:53 PM　　Before the Honorable　Kelly H. Rankin

☐ Indictment　　☐ Information　　☐ Complaint　　☐ Arraignment　　☐ Rule 5

☑ Initial Appearance　　☐ Detention Hearing　　☐ Preliminary Hearing　　☐ Removal Hearing

☑ Other　Petition to Revoke Supervised Release

Offense: Violation of Supervised Release

| MiYon Bowden | FTR Recording | Kristen Simmer |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Timothy J. Forwood | Scottsbluff County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared　　☐ Voluntarily　　☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing　Tracy Hucke

☑ FPD　☐ PANEL-CJA　☐ RETAINED　☐ WAIVED

**Initial appearance**　Date 8/8/2023

(Comments) Defendant advised of his rights and charges.

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☑ Preliminary hearing set for: Date 8/21/2023    Time 1:30 PM
Judge  Alan B. Johnson    in Cheyenne, Wyoming (Courtroom 2)

☑ Revocation hearing set for: Date 8/21/2023    Time 1:30 PM
Judge  Alan B. Johnson    in Cheyenne, Wyoming (Courtroom 2)

☐ Detention hearing set for:
Date _____ Time _____ Judge _____

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____